JUNE D. COLEMAN, State Bar No. 191890
jcoleman@kmtg.com
CANDICE L. FIELDS, State Bar No. 172174
cfields@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendants
PATENAUDE & FELIX, APC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY BASICH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, APC., and CAPITAL ONE BANK, (USA), N.A., DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV11-04406-EJD-HRL<br><br>**DEFENDANT PATENAUDE & FELIX, APC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

Defendant PATENAUDE & FELIX, APC. (hereinafter "Defendant"), certifies, pursuant to Civil L.R. 3-16, that as of this date, other than the named parties, there is no such interest to report.

Dated: October 18, 2011　　　　KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
　　　　　　　　　　　　　　　　A Law Corporation


By: */s/ Candice L. Fields*
　　June D. Coleman
　　Candice L. Fields
　　Attorneys for Defendant
　　PATENAUDE & FELIX, APC