IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY BASICH

Plaintiff,

v.

PATENAUDE & FELIX, APC and
CAPITAL ONE BANK (USA), N.A., etal

Defendant.

CASE NO. CV11-04406-EJD

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Robert David Humphreys, whose business address and telephone number is Humphreys Wallace Humphreys, P.C., 9202 S. Toledo Avenue, Tulsa, OK 74137; Telephone: 918-747-5300

and who is an active member in good standing of the bar of U.S. Dist. Ct for No. Dist. Okla. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 7, 2012

Hon. Edward J. Davila
United States District Judge