UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| MARY BASICH,<br>      Plaintiff,<br><br>   v.<br>PATENAUDE & FELIX, APC., et al.,<br>      Defendants. | No. C 11-4406 EJD<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      March 6, 2012<br>Mediator:  John DiNapoli |

   IT IS HEREBY ORDERED that the requests to excuse defendant Capital One Bank's party representative from appearing in person at the March 6, 2012, mediation before John DiNapoli is GRANTED. The representative shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

   IT IS SO ORDERED.

February 27, 2012          By: _____
Dated                              Donna M. Ryu
                                   United States Magistrate Judge

IT IS SO ORDERED
Judge Donna M. Ryu