**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

MARY BASICH,
        Plaintiff,

   v.

PATENAUDE & FELIX, APC., et al.,
        Defendants.
_____/

No. C 11-4406 EJD

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: March 14, 2012
Mediator: John DiNapoli

    IT IS HEREBY ORDERED that the requests to excuse defendant Patenaude & Felix, APC's party representative from appearing in person at the March 14, 2012, mediation before John DiNapoli is GRANTED. The representative shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

March 5, 2012
Dated

By: _____
Donna M. Ryu
United States Magistrate Judge