JUNE D. COLEMAN, State Bar No. 191890
jcoleman@kmtg.com
CANDICE L. FIELDS, State Bar No. 172174
cfields@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendant
PATENAUDE & FELIX, APC

IT IS SO ORDERED
Judge Edward J. Davila
3/14/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY BASICH,<br><br>   Plaintiff,<br><br>v.<br><br>PATENAUDE & FELIX, APC., and CAPITAL ONE BANK, (USA), N.A., DOES 1-10, inclusive,<br><br>   Defendants. | CASE NO. CV11-04406-EJD<br><br>**SUBSTITUTION OF ATTORNEY FOR DEFENDANT CAPITAL ONE BANK** |

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendant CAPITAL ONE BANK (USA), N.A. hereby substitutes June D. Coleman, Kronick, Moskovitz, Tiedemann & Girard, 400 Capitol Mall, 27th Floor, Sacramento, CA 95814, (916) 321-4500, as attorneys of record in place and instead of Connie Y. Tcheng and Hunter Randolph Eley, Doll Amir & Eley, LLP, 1888 Century Park East, Suite 1850, Los Angeles, CA 90067.

///

///

```
 1                I consent to this substitution.
 2    Dated: 3/13/12                          CAPITAL ONE BANK
 3
 4                                            By: [signature]
 5                                            Its: Associate General Counsel
 6
                  I consent to this substitution.
 7    Dated: 3/13/12
 8                                            DOLL AMIR & ELEY, LLP
 9
                                              By: [signature]
10                                            Hunter Randolph Eley
                                              Connie Y. Cheng
11                                            Attorneys for CAPITAL ONE BANK
12
      Dated: 3/13/12
13                                            KRONICK, MOSKOVITZ, TIEDEMANN
                                              & GIRARD
14                                            A Law Corporation
15
                                              By: /s/ June D. Coleman
16                                                 JUNE D. COLEMAN
                                              Attorneys for PATENAUDE & FELIX, APC
17
18    IT IS SO ORDERED.
19
20    Dated:
                                              _____
21                                            PRESIDING JUDGE
22
```

I, Kathy Rockenstein, declare:

I am a citizen of the United States and employed in Sacramento County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 400 Capitol Mall, 27th Floor, Sacramento, California 95814. On March 13, 2012, I served a copy of the within document(s):

**SUBSTITUTION OF ATTORNEY FOR CAPITOL ONE BANK**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Sacramento, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ By electronic filing-I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Case Management/Electronic Filing system. The file transmission was reported as successful and a copy of the Notice of Electronic Filing will be maintained with the original document(s) in our office.

| | |
|---|---|
| Balám O. Letona, Esq.<br>Law Office of Balám O. Letona, Inc.<br>55 River Street, Ste. 220<br>Santa Cruz, CA 95060 | Attorney for Plaintiff<br>Mary Basich<br><br>Telephone: 831-421-0200<br>Facsimile: 831-421-0400<br>Email: *letonalaw@gmail.com* |
| Lucius Wallace<br>Robert David Humphreys<br>Humphreys Wallace Humphreys, P.C.<br>9202 S. Toledo Avenue<br>Tulsa, OK 74137 | Attorneys for Plaintiff<br>Mary Basich<br><br>Telephone: 918-747-56300<br>Facsimile: 918-747-5311<br>Email: *luke@hwh-law.com*<br>       *david@hwh-law.com* |

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

994538.1 12357.010

- 1 -

CV11-04406-EJD

PROOF OF SERVICE

| | |
|---|---|
| Hunter Randolph Eley<br>Connie Y. Tcheng<br>Doll Amir & Eley, LLP<br>1888 Century Park East, Suite 1850<br>Los Angeles, CA 90067 | Attorney for Defendant<br>Capitol One Bank (USA), N.A.<br><br>Telephone: 310-557-9100 x 18<br>Email:  heley@dollamir.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on March 13, 2012, at Sacramento, California.

_____
Kathy Rockenstein