*E-FILED: May 29, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY BASICH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PATENAUDE & FELIX, APC. and CAPITAL ONE BANK, (USA), N.A.; DOES 1-10, inclusive,<br><br>　　　　Defendants. | No. C11-04406 EJD (HRL)<br><br>**ORDER RE DISCOVERY DISPUTE JOINT REPORT #1**<br><br>**[Re: Docket No. 57]** |

　　　　Plaintiff Mary Basich sues for alleged violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. and the California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, et seq. She claims that defendants improperly attempted to collect a debt from her with respect to a Capital One credit card. Plaintiff says that this is a case of mistaken identity and that she is not the debtor. This court is told that the debt is owed by one Mary Ryals, who reportedly used the alias "Mary Basich."[1] Although plaintiff references debt collection efforts spanning five years, defendant contends (and plaintiff does not deny) that her federal and state claims are subject to a one-year statute of limitations. 15 U.S.C. § 1692k(d); Cal. Civ. Code § 1788.30(f).

---

　　　[1] Basich initially thought Ryals had stolen her identity, but plaintiff now tells this court that she no longer believes that to be the case.

Now before this court is the parties' Discovery Dispute Joint Report (DDJR) #1 re plaintiff's requests for documents pertaining to the Capital One account in question. The matter is deemed suitable for determination without oral argument. CIV. L.R. 7-1(b). Having considered the parties' respective positions on the matter, the court rules as follows:

Defendant Patenaude & Felix (P&F) reports that it found documents responsive to Requests for Production 1-11, 14, 17, 20 and 23 pertaining to Ryals. P&F agrees that documents concerning collection activity and contact information during the limitations period are relevant. However, in view of certain statutory prohibitions on communications concerning a debt, and because P&F believes the information implicates Ryals' privacy rights,[2] defendant did not believe that it properly could stipulate to an order compelling production of such documents. P&F nevertheless does not oppose such an order.

Accordingly, P&F shall produce all responsive documents pertaining to Ryals that have been withheld solely on the basis of Ryals' privacy rights and which fall within the limitations period. P&F shall produce all such documents to plaintiff within 7 calendar days from the date of this order.

SO ORDERED.

Dated: May 29, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[2] Defendants say that certain responsive documents have also been withheld on privilege grounds, and the parties reportedly are attempting to resolve those issues. Any disputes as to those other objections and documents have not been presented in DDJR #1, and this order therefore is limited to those documents that have been withheld solely on the basis of Ryals' privacy interests.

2

5:11-cv-04406-EJD Notice has been electronically mailed to:

Balam Osberto Letona     letonalaw@gmail.com

Candice Lynn Fields     cfields@kmtg.com, lchenknapp@kmtg.com, mmcguire@kmtg.com, SRamirez@kmtg.com

Danielle Renee Teeters     dteeters@kmtg.com, sramirez@kmtg.com

June D. Coleman     jcoleman@kmtg.com, krockenstein@kmtg.com, lchenknapp@kmtg.com

Lucius Wallace     luke@hwh-law.com, tammy@hwh-law.com

Robert David Humphreys     david@hwh-law.com, tammy@hwh-law.com

**United States District Court**
For the Northern District of California