*E-FILED: June 8, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY BASICH, | No. C11-04406 EJD (HRL) |
| Plaintiff, | **INTERIM ORDER RE PLAINTIFF'S MOTION FOR RECONSIDERATION** |
| v. | |
| PATENAUDE & FELIX, APC. and CAPITAL ONE BANK, (USA), N.A.; DOES 1-10, inclusive, | |
| Defendants. | |

This court has received plaintiff's "Request to Reconsider Order on Discovery Dispute Joint Report #1." (Dkt. No. 66). The request was not brought as a motion for leave to file a motion for reconsideration, see Civ. L.R. 7-9(a); and, the court finds that arguments now being asserted by plaintiff should have been made in connection with the underlying DDJR. Nevertheless, and notwithstanding these deficiencies, plaintiff's request will be deemed its motion for reconsideration as to DDJR #1; and, this court is seriously considering plaintiff's request.

As for DDJR #3, plaintiff's request makes only passing reference to it. In any event, this court sees no basis for "reconsidering" the ruling on that DDJR. But, plaintiff will be given an opportunity to tell the court why reconsideration is warranted. See CIV. L.R. 7-9(b). Plaintiff's papers shall be limited to 2 pages and shall be filed by 5:00 p.m. on Monday, June

11, 2012.

Defendants may respond to plaintiff's papers re DDJR #1 and DDJR #3. Any such response shall be limited to 7 pages and shall be filed no later than noon on Wednesday, June 13, 2012.

Unless otherwise ordered, the matter will then be deemed submitted on the papers without oral argument.

SO ORDERED.

Dated: June 8, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1  5:11-cv-04406-EJD Notice has been electronically mailed to:

2  Balam Osberto Letona    letonalaw@gmail.com

3  Candice Lynn Fields    cfields@kmtg.com, lchenknapp@kmtg.com, mmcguire@kmtg.com, SRamirez@kmtg.com

4  Danielle Renee Teeters    dteeters@kmtg.com, sramirez@kmtg.com

5  June D. Coleman    jcoleman@kmtg.com, krockenstein@kmtg.com, lchenknapp@kmtg.com

6  Lucius Wallace    luke@hwh-law.com, tammy@hwh-law.com

7  Robert David Humphreys    david@hwh-law.com, tammy@hwh-law.com

**United States District Court**
For the Northern District of California