**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY BASICH, | CASE NO. 5:11-cv-04406 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |
| v. | |
| PATENAUDE & FELIX, APC, et. al., | |
| Defendant(s). | |

As stated at the Case Management Conference before the undersigned on August 10, 2012, this case is referred to Magistrate Judge Paul S. Grewal pursuant to ADR Local Rule 7-2 for a settlement conference to occur no later than October 19, 2012. The parties are instructed to contact Judge Grewal's Courtroom Deputy to arrange a date for the conference.

**IT IS SO ORDERED.**

Dated:  August 10, 2012

EDWARD J. DAVILA
United States District Judge