BALAM O. LETONA
Law Office of Balam O. Letona, Inc.
55 River Street, Suite 220
Santa Cruz, CA 95060-3940
(831) 421-0200 Telephone
(831) 421-0400 Facsimile
letonalaw@gmail.com

Robert David Humphreys (*pro hac vice*)
Humphreys Wallace Humphreys, P.C.
9202 S. Toledo Avenue
Tulsa, OK 74137
(918) 747-5300 Telephone
(918) 747-5311 Facsimile
david@hwh-law.com

Lucius James Wallace (*pro hac vice*)
Humphreys Wallace Humphreys, P.C.
9202 S. Toledo Avenue
Tulsa, OK 74137
(918-747-5300 Telephone
(918) 747-5311 Facsimile
luke@hwh-law.com

Attorney for Plaintiff
MARY BASICH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BASICH, <br><br> Plaintiff, <br><br> vs. <br><br> PATENAUDE & FELIX, APC and CAPITAL ONE BANK (USA), N.A., et al Defendants. | **CASE NO. 5:11-CV-04406-EJD** <br><br> **Judge Edward J. Davila** <br><br> **(PROPOSED) ORDER GRANTING JOINT MOTION FOR LEAVE TO EXTEND THE PAGE LIMIT FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' AMENDED MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' REPLY IN SUPPORT OF ITS AMENDED MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing Date: October 26, 2012 <br> Time: 9:00 a.m. <br> Courtroom: 4, 5th Floor |

(PROPOSED) ORDER

1

1
2   Pursuant to the request of Plaintiff and Defendants, and good cause being
3   shown, IT IS HEREBY ORDERED that the Joint Motion for Leave to Extend the
4   Page Limit for Plaintiff's Response to Defendants' Amended Motion for Summary
5   Judgment and Defendants' Reply in Support of its Amended Motion for Summary
6   Judgment is hereby granted, allowing Plaintiff ten additional pages to respond to
7   Defendants' Amended Motion for Summary Judgment and to allow Defendants ten
8   additional pages to reply in support of its Amended Motion for Summary Judgment.
9   Dated: September 27, 2012    This Order also terminated Docket Item. No. 149.

_____
UNITED STATES DISTRICT COURT JUDGE

**(PROPOSED) ORDER**

2