Balám O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile: (831) 421-0400
letonalaw@gmail.com

David Humphreys *(pro hac vice)*
Humphreys Wallace Humphreys, P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137
Telephone: (918) 747-5300
Facsimile: (918) 747-5311

Luke Wallace *(pro hac vice)*
Humphreys Wallace Humphreys, P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137
Telephone: (918) 747-5300
Facsimile: (918) 747-5311

Counsel for Plaintiff:
Mary Basich

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY BASICH,<br>        Plaintiff.<br><br>        v.<br><br>PATENAUDE & FELIX, A.P.C., and CAPITAL ONE BANK, (USA) N.A., DOES 1-10, inclusive.,<br>        Defendants. | Case No. CV11-04406 EJD (HRL)<br><br>[PROPOSED] ORDER PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DOCKET NOS. [154], [155], [156], [157], [158, #EXHIBIT18]<br><br>**THE HONORABLE EDWARD J. DAVILA** |

Plaintiff Administrative Motion to Remove Incorrectly Filed Documents; DOCKET NOS. [154], [155], [156], [157], AND EXHIBIT 18 TO [158] was filed on October 4, 2012.

Upon consideration of the Motion, the Court finds there is good cause to remove DOCKET NOS. [154], [155], [156], [157], [158, #EXHIBIT18] from the record.

**ORDER PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DOCKET NOS.**
**[154], [155], [156], [157], [158, #18 EXHIBIT]**

IT IS THEREFORE ORDERED that Plaintiff's Administrative Motion to Remove Incorrectly Filed Documents is GRANTED and Docket Numbers DOCKET NOS. [154], [155], [156], [157], and [158-18] are permanently deleted from the Court's docket.

**IT IS SO ORDERED.**

Date: October 5, 2012

Honorable Edward J. Davila