Balám O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balám O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Robert David Humphreys *(pro hac vice)*
Humphreys Wallace Humphreys, P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137
Telephone: (918) 747-5300
Facsimile: (918) 747-5311

Luke Wallace *(pro hac vice)*
Humphreys Wallace Humphreys, P.C.
9202 South Toledo Ave.
Tulsa, Oklahoma 74137
Telephone: (918) 747-5300
Facsimile: (918) 747-5311

Counsel for Plaintiff:
Mary Basich

IT IS SO ORDERED
Judge Edward J. Davila
4/2/2013

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSÉ DIVISION

| | |
|---|---|
| MARY BASICH,<br>       Plaintiffs,<br>v.<br><br>PATENAUDE & FELIX, APC., and CAPITAL ONE BANK, (USA) N.A., DOES 1-10, inclusive,<br><br>Defendant(s). | **CASE NO. 5:11-CV-04406-EJD**<br><br>**Judge Edward J. Davila**<br><br>**STIPULATED REQUEST FOR ORDER CHANGING DATE OF FINAL PRETRIAL CONFERENCE** |

STIPULATED REQUEST FOR ORDER CHANGING DATE OF FINAL PRETRIAL CONFERENCE

COME NOW the parties, Plaintiff Mary Basich and Defendants Patenaude & Felix, APC and Capital One Bank, (USA) N.A., and in compliance with Civil L.R. § 6-2, make this Stipulated Request for an Order Changing Date of the Final Pretrial Conference.

This matter is set for a pretrial conference on April 19, 2013. Undersigned Plaintiff's counsel will be out of the country through April 23, 2013. After conferring with all other counsel, counsel have agreed and request that the Final Pretrial Conference be continued to April 26, 2013. This change in schedule should not affect the trial dates set by the Court.

WHEREFORE, the Parties respectfully request that the Final Pretrial Conference be continued to April 26, 2013.

/s/Robert David Humphreys
Attorney for Plaintiff


/s/ June Coleman
Attorney for Defendants

STIPULATED REQUEST FOR ORDER CHANGING DATE OF FINAL PRETRIAL CONFERENCE

## DECLARATION OF DAVID ROBERT HUMPHREYS IN SUPPORT OF STIPULATED REQUEST TO CHANGE DATE

I, Robert David Humphreys, declare under penalty of perjury, as provided by the laws of the United States, 28 U.S.C. Section 1746, that the following statements are true:

1. I am one of the Plaintiff's attorneys in the matter above-captioned.

2. I make this declaration in support of the Parties' Stipulated Request for Order Changing Date of Final Pretrial Conference.

3. On March 26, 2013, the Court entered a Docket Text continuing the Final Pretrial Conference from March 29, 2013 to April 19, 2013.

4. Undersigned Plaintiff's counsel will be out of the country through April 23, 2013 that creates such a conflict.

5. The Parties have agreed to April 26, 2012 if that date is available on the Court's docket.

6. The requested change will not affect the trial dates set by the Court in its Order of October 26, 2012. The requested change will only affect those deadlines that are set by this Court's standing order regarding Final Pretrial Conferences.

Respectfully submitted and executed this 28th day of March, 2013.

                                             /s/Robert David Humphreys
                                           Attorney for Plaintiff