IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARY BASICH,

        Plaintiff(s),

v.

PATENAUDE & FELIX, APC, et. al.,

        Defendant(s).
                              /

CASE NO. 5:11-cv-04406 EJD

**ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE**

    Pursuant to ADR Local Rule 7-2, this action is referred to Magistrate Judge Donna M. Ryu for a settlement conference to occur on **May 10, 2013, at 10:00 a.m.**

    As previously indicated by the court at the Pretrial Conference on April 26, 2013, all parties to this action must be personally present at the settlement conference. Moreover, a representative from Defendant's insurance carrier with full authority to settle this action must be personally present. **IT IS SO ORDERED.**

Dated: April 30, 2013

                                        EDWARD J. DAVILA
                                        United States District Judge