1

2

3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

MARY BASICH,

No. 5:11-cv-04406-EJD

6

Plaintiff,

**ORDER TO SHOW CAUSE RE:**
**SETTLEMENT**

7

v.

8

PATENAUDE & FELIX, APC., ET AL.,

9

Defendant.

10

11

The parties, having appeared before Magistrate Judge Ryu on May 14, 2013 and the minutes

12

reflecting the case has settled fully (See Docket Item No. 256), the parties are ordered to appear

13

before the Honorable Edward J. Davila on **June 6, 2013 at 1:30 PM** in Courtroom No. 4, 5th Floor,

14

United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why

15

the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or before

16

**May 30, 2013**, the parties shall file a joint statement in response to the Order to Show Cause setting

17

forth the status of settlement efforts as well as the amount of additional time necessary to finalize

18

and file a dismissal.

19

The Order to Show Cause shall be automatically vacated and the parties relieved of the

20

obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

21

Procedure 41(a) is filed on or before **May 30, 3013.**

22

All other pretrial deadlines, trial dates, and hearing dates are VACATED and any pending

23

motions are TERMINATED.

24

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

25

the action.

**IT IS SO ORDERED.**

26

27

Dated:  May 15, 2013

28

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California