IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY BASICH, | CASE NO. 5:11-cv-04406 EJD |
| Plaintiff(s), | **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |
| v. | |
| PATENAUDE & FELIX, APC., et. al., | |
| Defendant(s). | |

Having reviewed the parties Joint Statement (see Docket Item No. 259) and good cause appearing therefor, the hearing on the Order to Show Cause previously scheduled for June 6, 2013, is CONTINUED to **June 28, 2013, at 10:00 a.m.** On or before **June 21, 2013**, the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **June 21, 2013.**

**IT IS SO ORDERED.**

Dated: May 31, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-04406 EJD
ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE